No. 1119. HILL *v.* TEXAS. On petition for writ of certiorari to the Court of Criminal Appeals of Texas. April 30, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari is also granted. Execution of the judgment of Criminal District Court No. 2, Dallas County, Texas, is stayed pending the final disposition of the case by this Court.

*Mr. J. Forrest McCutcheon* for petitioner.